UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BASHIRI COLEMAN BEY,

                Plaintiff,

-against-

ADMINISTRATION FOR CHILDREN'S SERVICES; JEFF HANHAUSER,

                Defendants.

24 CIVIL 8096 (KMW)

CIVIL JUDGMENT

For the reasons stated in the July 15, 2025, order, this action is dismissed.

The Court dismisses Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), as frivolous and for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(i)-(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Dated:   July 17, 2025

       New York, New York

                                              TAMMI M. HELLWIG
                                                Clerk of Court

BY:

                                                Deputy Clerk